IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Vasquez,<br><br>            Plaintiff,<br><br>v.<br><br>Target Corporation, a Minnesota corporation; Target Stores, Inc., (FN), a Minnesota corporation; John Does and Jane Does 1-10; ABC Corporations 1-10; XYZ Partnerships 1-10,<br><br>           Defendants. | No. CV-16-01135-PHX-NVW<br><br>**ORDER** |

      Before the Court are Defendants' Motion for Summary Judgment (Doc. 41), which has not been responded to, and Motion for Summary Disposition of Their Motion for Summary Judgment (Doc. 44). Both motions will be granted. The Court considers the Motion for Summary Judgment on its merits based on the undisputed facts presented. The video recording and evidence conclusively show that Plaintiff did not slip and fall but rather stubbed her left shoe and fell forward. There was no foreign substance on the floor upon which Plaintiff could have slipped and no negligence of Defendants.

      IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 41) and Motion for Summary Disposition of Their Motion for Summary Judgment (Doc. 44) are granted.

1 IT IS FURTHER ORDERED that the Clerk of the Court enter judgment in favor of Defendants against Plaintiff Martha Vasquez and that Plaintiff take nothing. The clerk shall terminate this case.

Dated this 7th day of July, 2017.

_____
Neil V. Wake
Senior United States District Judge